**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq.
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com

Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendant*
*Station Casinos. LLC*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SABRINA HALL and CASSANDRA NORTHWICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STATION CASINOS, LLC <br><br> Defendants. | Case No. 2:26-cv-01703 <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

WHEREAS, beginning on or about March 5, 2026, Defendant experienced a cybersecurity incident (the "Incident");

WHEREAS, following Defendant's disclosure of the Incident, plaintiffs filed the instant action, *Hall, et al. v. Station Casinos, LLC*, No. 2:26-cv-01703(Dkt. 1), asserting claims on behalf of a putative class relating to the Incident;

WHEREAS, Defendant was served with the *Hall* complaint on June 10, 2026;

WHEREAS, pursuant Fed. R. Civ. Proc. 12(a), Defendant's response to the instant *Hall* complaint is due on or before July 1, 2026;

WHEREAS, in addition to the instant action, a series of additional putative class action lawsuits were filed in this District as well as the District Court for Clark County, Nevada, asserting claims relating to the Incident ("Related Actions");

WHEREAS, counsel for Defendant was recently retained and intends to appear on behalf of Defendant in each of the Related Actions;

WHEREAS, the Parties to this action intend to seek consolidation of this action and the Related Actions for pre-trial proceedings;

WHEREAS, to avoid unnecessary expenditure of resources and effort responding to the instant complaint where the Parties agree that this action and the Related Actions should be consolidated, resulting in the filing of a consolidated complaint, the Parties have agreed to extend the time for Defendant to respond to the complaint in this matter for 60 days, up to and including August 31, 2026, so that the Parties can pursue consolidation of this case with the Related Actions. There is good cause to grant this request, which is not made for the purposes of delay.

It is therefore **STIPULATED** and **AGREED** that:

. . . .

. . . .

. . . .

. . . .

. . . .

1.      Defendants' deadline to serve its response to the Complaint in this action shall be extended until August 31, 2026

Dated: June 30, 2026

By: */s/ Philip R. Erwin*
**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq.
Campbell & Williams
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice*
forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com
Brad Baglien (*pro hac vice*
forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendant Station Casinos LLC*

Dated: June 30, 2026

By: */s/ Nathan R. Ring*
Nathan R. Ring.
Nevada Bar No. 12078
STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Samuel Douthit*
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
sdouthit@stranchlaw.com

*Pro hac vice* forthcoming

*Counsel for Plaintiffs and the Proposed Class*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:   7-2-26

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Stipulation and [Proposed] Order Continuing Time for Defendants to Respond to Complaint** was served on the 30th day of June, 2026 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

 /s/ *Philip R. Erwin*
An employee of Campbell & Williams