**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq. (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com

Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendant*
*Station Casinos. LLC*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SABRINA HALL and CASSANDRA NORTHWICK, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

STATION CASINOS, LLC

Defendants.

Case No. 2:26-cv-01703

**STIPULATION AND ORDER STAYING ACTION**

Plaintiffs Sabrina Hall and Cassandra Northwick ("Plaintiffs") and defendant Station Casinos LLC ("Defendant" and together with Plaintiffs, the "Parties"), hereby stipulate as follows:

WHERAS, the present litigation involves a series of putative class action complaints filed against Defendant relating to a cybersecurity incident impacting certain customers' personal information, which Defendant disclosed on or about May 21, 2026;

WHEREAS, following Defendant's disclosure of the Incident, plaintiffs filed the instant action, *Hall, et al. v. Station Casinos, LLC*, No. 2:26-cv-01703(Dkt. 1), asserting claims on behalf of a putative class relating to the Incident;

WHEREAS, three related actions, *Geiner v. Red Rock Resorts, Inc., et al.*, Case No. 2:26-cv-06132 (May 28, 2026), *Chen v. Station Casinos, LLC*, Case No. 2:26-cv-01624 (May 28, 2026), Case. No. 2:26-cv-01693 (June 4, 2026), and *Ferretta v. Station Casinos, LLC*, No. 2:26-cv-01693 (June 4, 2026), were filed in this District, also asserting claims on behalf of a putative class relating to the Incident (together with *Chin*, the "Federal Court Actions");

WHEREAS, in addition, four related actions, *Holmes v. Station Casinos, LLC*, Case No. A-26-947543-C (May 28, 2026), *Gaters v. Station Casinos, LLC*, Case No. A-26-947557-C (May 28, 2026), *Malicdem v. Station Casinos, LLC*, Case No. A-26-947563-C (May 28, 2026), and *Ellis v. Station Casinos, LLC*, No. A-26-948707-C (June 10, 2026) were filed in the District Court of Clark County, Nevada, each asserting claims on behalf of a putative class relating to the Incident (collectively, the State Court Actions");

WHEREAS, there is significant overlap between the parties, alleged facts, and claims at issue in the State Court Actions and the Federal Court Actions;

WHEREAS, on June 24, 2026, plaintiffs in the State Court Actions filed an unopposed Motion to Consolidate the State Court Actions and to appoint interim co-lead counsel, which remains pending before the Honorable Judge Jasmin Lilly-Spells, Eighth Judicial Circuit ("Motion to Consolidate");

WHEREAS, if the Motion to Consolidate is granted, plaintiffs in the State Court Actions intend to file a consolidated complaint, asserting claims on behalf of a putative nationwide class

relating to the Incident, and Defendant intends to move to dismiss such complaint shortly thereafter;

WHEREAS, all Parties to the Federal Court Actions and the State Court Actions agree that a stay of the Federal Court Actions (including the *Ferretta* action) pending resolution of any motions to dismiss in the State Court Actions, including the exhaustion of all appeals, is warranted to avoid inefficiencies and duplicative efforts, and preserve the Court's and the Parties' resources;

WHEREAS, the Parties have agreed that during the pendency of the stay of the Federal Court Actions, Defendant shall not be required to file motions to dismiss, answer, or otherwise respond to any of the complaints in the Federal Court Actions;

WHEREAS, the Parties, by and through their counsel, have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation, subject to the Court's approval:

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1. The instant *Hall* action shall be stayed until the resolution of any and all motions to dismiss the State Court Actions, including the exhaustion of all appeals.

2. Until further order of the Court, Defendant shall have no obligation to respond to the *Hall* complaint.

3. After the resolution of any and all motions to dismiss the State Court Actions, the Parties shall meet and confer and within fourteen (14) days submit a case management statement, which will include the Parties' position(s) on whether the stay should be extended, or alternatively propose a case management schedule for the Federal Court Actions.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

4. Nothing herein shall prejudice the Parties' rights, including Defendant's right to seek any additional stay of the Federal Court Actions or to move to dismiss the complaints in the Federal Court Actions, and for Plaintiffs to oppose such relief.

Dated: August 31, 2026

By: /s/ Philip R. Erwin
**CAMPBELL & WILLIAMS**
Philip R. Erwin, Esq. (11563)
Campbell & Williams
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@cwlawlv.com

**LATHAM & WATKINS LLP**
Serrin Turner (*pro hac vice* forthcoming)
1271 Avenue of the Americas
New York, New York 10020-4834
Telephone: (212) 906-1200
serrin.turner@lw.com
Brad Baglien (*pro hac vice* forthcoming)
555 Eleventh Street, NW
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
brad.baglien@lw.com

*Attorneys for Defendant Station Casinos LLC*

Dated: August 31, 2026

By: /s/ Nathan R. Ring
Nathan R. Ring.
Nevada Bar No. 12078
STRANCH, JENNINGS & GARVEY PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Samuel Douthit*
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
sdouthit@stranchlaw.com

**Pro hac vice* forthcoming

*Counsel for Plaintiffs and the Proposed Class*

IT IS SO ORDERED:

Dated: September 1, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE